IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| BOBBY MARSHAY HERNDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 107-152 |
| | ) | |
| C and H HAMILTON MAINTENANCE CONTRACTING SERVICE, contracted maintenance service for Burke County Jail; MAJOR JOHN BUSH, Burke County Sheriff's Office Jail Commander; and STACY WILLIAMS, Nurse at Burke County Jail, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's § 1983 claim against C and H Hamilton Maintenance Contracting Service and his deliberate indifference to his safety claim against Defendant Bush are **DISMISSED** for failure to state a claim upon which relief can be granted.

SO ORDERED this 8th day of August, 2008, at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE